UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**USA**

vs.

**(1) Carlos Humberto Richard Walsh**
*Defendant*

**Case Number:**
**EP:23-CR-01039(1)-DCG**

# ORDER SETTING RESTITUTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for RESTITUTION HEARING in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on:

**Thursday, March 27, 2025 at 2:00 PM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, and the United States Attorney.

IT IS FURTHER ORDERED that if for any reason counsel for the defendant or counsel for the Government is not available, then that attorney must file a motion for continuance.

IT IS SO ORDERED on this **24th day of January, 2025**.

_____
HONORABLE DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE